IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIK BENNETT,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   22-cv-5015 |
| | : | |
| **SUPERINTENDENT RANDY IRWIN, et al.,** | : | |
| Respondents. | : | |

# O R D E R

AND NOW, this 25th day of June, 2024, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED with prejudice, as untimely.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE, III        J.