```
                  IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIK BENNETT                    :           CIVIL ACTION
                                 :
         v.                      :
                                 :
SUPERINTENDENT RANDY IRWIN,      :           NO. 22-5015
et al.                           :
```

ORDER

AND NOW, this 4th day of June 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of petitioner Malik Bennett "to reopen appellant process nunc pro tunc under Rule 60(b)" (Doc. #23) is DENIED.


                              BY THE COURT:


                              /s/   Harvey Bartle III
                                                      J.